UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JAMES MORGAN, #596132, )<br>　　　Plaintiff, )<br> ) | No. 2:19-cv-248 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| BRENDA L. BUCHANAN, et al., )<br>　　　Defendants. )<br>_____ ) | |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 41), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

**Date:**　September 30, 2020　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge